UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:                              )
                                    )
**Pro-Tech Auto & Marine, Inc**.    )        CASE NUMBER:
                                    )        17-32628  CHAPTER 11
                                    )
          DEBTOR                    )
_____)

MOTION OF THE U.S. TRUSTEE TO DISMISS CASE

**********************************

Comes the U.S. Trustee, by and through counsel, and moves the court for an order dismissing this case pursuant to 11 U.S.C. § 1112(b) (4)(A), (C) and(H).  In support of this motion, the U.S. Trustee states:

(1) This case was commenced by the filing of a petition under Chapter 11 of the Bankruptcy Code on August 16, 2017.

(2) The debtor remains as debtor in possession.  No Unsecured Creditors Committee has been appointed in this case.

(3) There is an absence of any likelihood of rehabilitation. The Debtor has been restricted in its use of Cash Collateral and it cannot find any lending institution to fund a floor plan for its inventory.

(4) The debtor has failed to provide proof of insurance insuring the assets of the estate thereby putting those assets at risk of loss.

(5)  The debtor has failed to turnover information requested by the United States Trustee to wit: Bank Statements for accounts at Cecilian Bank and First State Bank for the period from January 1, 2016 through June 2016.: a voided check from each Debtor In Possession account with "Debtor in Possession" and case number on the check heading: Cash Disbursement ledgers and minutes of any board of directors meetings held in the 12 months prior the bankruptcy filing.

WHEREFORE, the U.S. Trustee moves the court for dismissal of this case.

Respectfully submitted,
Samuel K. Crocker
U.S. TRUSTEE

/s/__John R. Stonitsch
BY:John R. Stonitsch
Trial Attorney
Office of the U.S. Trustee
601 West Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6000

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was sent by first class U.S. Mail, postage prepaid, on October 3rd, 2017 to all parties listed on the filing receipt as not having been served electronically.

/s/John R. Stonitsch
John R. Stonitsch